[Nos. 50440-1-I; 50584-0-I.   Division One.   June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM M. FAHNESTOCK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY STEPHEN MAGYAR, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 01-1-08617-7 and 01-1-08618-5, Richard McDermott, J., entered May 21 and 31, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50790-7-I.   Division One.   June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE A. LOPEZ-RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00796-6, David F. Hulbert, J., entered June 10, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50837-7-I.   Division One.   June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND ANTHONY LAVOLL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07103-0, George T. Mattson, J., entered July 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50844-0-I.   Division One.   June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN EUGENE SLATTUM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00071-6, Ronald L. Castleberry, J., entered July 17, 2002. *Affirmed* by unpublished per curiam opinion.